IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-00636-JLK**

**STEVEN R. RADER** and
**VIVIAN L. RADER**,

       Plaintiffs,

v.

**WELLS FARGO BANK, N.A.** and various
John and Jane Does,

       Defendants.

## ORDER TRANSFERRING CASE

Kane, J.

In the interest of judicial economy, and with the approval of Chief Judge Nottingham, this case is transferred to Judge Walker Miller, pursuant to D.C.Colo.LCivR 40.1.

Dated this 19th day of July, 2007.

                                                    BY THE COURT:

                                                    ***S/John L. Kane***
                                                    Senior Judge, United States District Court