IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00636-WDM-MJW

STEVEN R. RADER AND
VIVIAN L. RADER,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.
_____

### MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Because this case was reassigned to Judge Miller, the motion to disqualify is moot.

Dated:  July 26, 2007

                              s/ Jane Trexler, Judicial Assistant