IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00636-WDM-MJW

STEVEN R. RADER, et al.,

Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

Defendants.

---

### MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Steven and Vivian Rader, *ex rel* the United States of America, Motion to Disqualify and request to terminate employment of Michael J Watanabe (Docket No. 37) is granted to the extent that Magistrate Judge Michael J. Watanabe hereby recuses himself from this action, and the Clerk of the Court shall randomly draw a new Magistrate Judge to handle all three of the plaintiffs' actions pending in this District, namely, this action and  Civil Action Nos. 07-cv-00634-WDM-MJW and 07-cv-00635-WDM-MJW.  In all other respects, the motion is denied.

"Recusal is governed by 28 U.S.C. § 144 and 455(a) and (b).  The Court exercises discretion in deciding whether to recuse." Zhu v. St. Francis Health Center, 2007 WL 2071758 (D. Kan. July 19, 2007) (citing Weatherhead v. Globe Int'l, Inc., 832 F.2d 1226, 1227 (10th Cir. 1987)).  Section 144 provides in pertinent part:

> [w]henever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.
>
> The affidavit shall state the facts and the reasons for the belief that bias or prejudice exists, and shall be filed not less than ten days before the beginning of the term at which the proceeding is to be heard, or good cause shall be shown for failure to file it within such time.  **A party may file only one such affidavit in any case**. . . . .

2

28 U.S.C. § 144 (emphasis added).

In this case, while the court does not agree with the plaintiffs' perceptions of what transpired during the settlement conference in Civil Action No. 07-cv-00634-WDM-MJW, and the court does not agree that it has a personal bias or prejudice against the plaintiffs or in favor of any adverse party, given the adamant beliefs of the pro se plaintiffs regarding this court, this court will recuse itself in this case and the two other cases brought by plaintiffs which are also pending before this court.

Date: August 21, 2007