IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00636-WDM-MEH

STEVEN R. RADER, et al.,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 4, 2007.**

    Plaintiffs' Motion for Findings of Fact and Conclusions of Law [Filed July 16, 2007; Docket #17] is **stricken**, for failure to comply with District Judge Walker D. Miller's Pretrial and Trial Procedures 6.3.  These procedures are available on the United States District Court for the District of Colorado's website at http://www.cod.uscourts.gov/judges_frame.htm.